# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____

(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☐ Yes     ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
   (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____
First Name          Middle Initial      Last Name

_____
Street Address

_____
County, City                State           Zip Code

_____
Telephone Number            Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State                    Zip Code

Defendant 2: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State                    Zip Code

Defendant 3: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State                    Zip Code

Defendant 4: Anne Pott

First Name Last Name

Jane Doe (714)394-9165 (Zelle recipient)

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

Anaheim California

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Phone call to 888# on 06-06-2023

Date(s) of occurrence: 06-06-2023

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On June 6, 2023 I received an email with an attachment letter to call 1(888) 560-0684. The letter stated: "this is to notify you that your Social Security Number has been terminated due to suspicious activities found during our investigation. You should not use this number for any future transactions..." So, I called the 888#. A Mr. John Redick answered. He asked me for the Case# ID from the attachment letter: SSA-70854961 was given to him. He then said, to hold for a moment and he transferred me to a Mr. Saul Barrenson, an Agent. Mr. Barrenson asked several questions like: have I lost my SS Card? Do I have a passport? Do I have a Driver's License? Do I have Checking or Saving Account? With what bank is my checking account? I said Citibank. He then asked me to go my iphone apple store and add AnyDesk remote desktop application to my phone. I did. Then he asked me for the 9 digit code from adding the AnyDesk application. I gave it to him. He then asked me to log into my citibank checking account. I did. He then said, he also could now see into my checking account with the AnyDesk remote application. He then moved $5,700 (plus $25 domestic wire transfer fee charged by citibank) out of my account to a company account called: Saltwater Shop at bank routing number 026013356 and account number: 253843057931. Then, he walked me through setting up Zelle on my checking account then moved $500 to an Anne Pott recipient at 714-394-9165. All of this violates the Consumer Fraud Claims Act based on knowingly, fraudulent, misleading and other unconscionable commercial practices.On June 6, 2023 I received an email with an attachment letter to call 1(888) 560-0684. The letter stated: "this is to notify you that your Social Security Number has been terminated due to suspicious activities found during our investigation. You should not use this number for any future transactions..." So, I called

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

*GMB*

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Street Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____


_____
Name (Last, First, MI)


_____
Address                 City                 State                 Zip Code


_____
Telephone Number                 E-mail Address          *GMB*


_____
Date                 Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

## Original Message

| | |
|---|---|
| Message ID | <647f2b46.620a0220.740c1.7b43@mx.google.com> |
| Created at: | Tue, Jun 6, 2023 at 2:49 PM (Delivered after 1 second) |
| From: | Social Security Administration-USA-1095 <tuckerdgmjason@gmail.com> |
| To: | georrbirla@gmail.com |
| Subject: | Attention georrbirla@gmail.com* SSA Intimation Alert (Case ID- SSA-70854961). |
| SPF: | PASS with IP 209.85.220.41  Learn more |
| DKIM: | 'PASS' with domain gmail.com  Learn more |
| DMARC: | 'PASS'  Learn more |

Download Original

Copy to clipboard

```
Delivered-To: georrbirla@gmail.com
Received: by 2002:a05:7010:d30e:b0:35e:1bde:8a7b with SMTP id kn14csp3715422mdb;
        Tue, 6 Jun 2023 05:49:11 -0700 (PDT)
X-Received: by 2002:aa7:88ce:0:b0:65d:d5cd:6f17 with SMTP id k14-
20020aa788ce000000b0065dd5cd6f17mr1007086pff.24.1686055751196;
        Tue, 06 Jun 2023 05:49:11 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1686055751; cv=none;
        d=google.com; s=arc-20160816;
        b=Q2v34Vy+OKnAMEwF//dF4BybJ3TIGvv0I9NCtK+Ij6ud/ABkO9VEwVf0/26AizhYhs
        iL4wq3S6E7WAniVVcbm71g3N95/HCs4tbfojXpYZvBbovPVxxyirhzvM9KqCmP8YM/+l
        MbgByA+kpOeHLEsBpC0i+vVRMJpvvo2b8dz+k+gK49xbJA2ObDQuOqd3mKyRQWixt5Nu
        5aL+4ymEFvv1r8rGH+DYuLKq4e8NFz1E8yXhFGYk/wTvxo2aSt9LuK7zEyCdhvG6w/4F
        0cTZDV014mMd8wWevZrpwx7X+ut21E3gNFuG8n9L1m8PDEx0YIUBDVp6nPOyn3UvNP/n
        TCqA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-
20160816;
        h=to:from:subject:mime-version:date:message-id:dkim-signature;
        bh=bJVNND2q7TFxwshCc7ZFtDSXNrKLUuOffF9YEDyBUSs=;
        b=yVX2pw90NeRYTajK4bpHS5GH7INt/7KejGg5IlxIygyKplJV5mxWWGPgsDUA7MKmgS
        hIMDb+0UEMO+M4siSAFdGM2I+WRuyxtlqyYor8E5Aeha29tmZw7OA6TgHilZpZ3Kpmq7
        HGj/edZKaCtCAnEXC/+aPKsEPeXegODnVlZXQJYt7UnJx5GYB7WyQvu00VmvFKETvpAX
        hAS/mkQlnMeYI3bduvO6i5lC3925teSh+7PjupYcpt2EDU9uK26Usquf1QeX0Pr5cg45
        WLumt+dq5heyUN1zbq/3C/vDVA4bR+FwPONupuRmjcwclK9YpFiYGYopOYh+6KBFm/DG
        MHQg==
ARC-Authentication-Results: i=1; mx.google.com;
        dkim=pass header.i=@gmail.com header.s=20221208 header.b=YiT0EWFx;
        spf=pass (google.com: domain of tuckerdgmjason@gmail.com designates
209.85.220.41 as permitted sender) smtp.mailfrom=tuckerdgmjason@gmail.com;
        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com
Return-Path: <tuckerdgmjason@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])
        by mx.google.com with SMTPS id d5-
20020a621d05000000b006439d9971cbsor2668763pfd.8.2023.06.06.05.49.11
        for <georrbirla@gmail.com>
        (Google Transport Security);
        Tue, 06 Jun 2023 05:49:11 -0700 (PDT)
Received-SPF: pass (google.com: domain of tuckerdgmjason@gmail.com designates
209.85.220.41 as permitted sender) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;
        dkim=pass header.i=@gmail.com header.s=20221208 header.b=YiT0EWFx;
        spf=pass (google.com: domain of tuckerdgmjason@gmail.com designates
```

209.85.220.41 as permitted sender) smtp.mailfrom=tuckerdgmjason@gmail.com;
        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=20221208; t=1686055750; x=1688647750;
        h=to:from:subject:mime-version:date:message-id:from:to:cc:subject
         :date:message-id:reply-to;
        bh=bJVNND2q7TFxwshCc7ZFtDSXNrKLUuOffF9YEDyBUSs=;
        b=YiT0EWFxmV+/VPxqp4LnkSrvvJpa0PyKKZ3YT8fm0+J1bBNDRjFxKQGEclVhd1GMFk
         dEWRH4xGsHU0Cy2iFiZRhTncybMq67bOC0nfDazCDY6P83gEoXeiUEaka+uxng9IfYvR
         6xmEyREUCLPjL2vwo70mvwFA7qvm6vzdkO+TBI6nQKv9B1G+jCitWQWdE9x7N1XTNKOa
         z753SUrknOO9lP4EfFw1HrIP17qTxOeXchZJHv84vY3ONzpSKmEtjpIv+MmQaWAK3l06
         XH296N6PoaFF35sLcURfCQuItbmpGL3e0wU1vVVAmBD3DmJ51lhqujDKdML1sT8MCcSF
         D/9Q==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20221208; t=1686055750; x=1688647750;
        h=to:from:subject:mime-version:date:message-id:x-gm-message-state
         :from:to:cc:subject:date:message-id:reply-to;
        bh=bJVNND2q7TFxwshCc7ZFtDSXNrKLUuOffF9YEDyBUSs=;
        b=RPQ8hTq7uAxIGUs+2UMKD3YZFXficpNa27GgafD5pDsdGDc/KLQhfKNo2C4ppJdCF9
         aHVvblW00XNz+4ZKnb2lrzL0RUdRLcVIjg9yE6KluQKud/3eyLN2WI5TcaM+uSZXUuDn
         VIZ7g9K4ay8WViy0NgtCPmgvq04t2crpA3Vv7/3cEcre9ff33O4qtd/5/4GIKf4ZRGKB
         ehoPJYnUCyp57QFElva0vLfUm3JKSCKOz3earZkVVzch+by3aK6un9sIsfB65zOUe56V
         61YMWwssJK31Myipr8OkS/rgtY14aC11EoVVIvWlfcp4tVWY0V0Xchzxhub0mzB/m4t3
         8MAw==
X-Gm-Message-State: AC+VfDxZemVTTURkbbTbT5eDqkklM9xx+NyWjG87iAWuNc93cF5g8u65
OTiZt1+X5r6dig2a6k/VwdfQ+bwTBtQzlpo6SJc=
X-Google-Smtp-Source:
ACHHUZ6c71npqj0jNJOOgCm3E6xHkfo3FU65KEHpeH+0TJYFTqm8LwwrT9592N1+EJk6ulx88gfQTg==
X-Received: by 2002:a05:6a00:238c:b0:658:cbf1:d05a with SMTP id f12-
20020a056a00238c00b00658cbf1d05amr1093906pfc.3.1686055750507;
        Tue, 06 Jun 2023 05:49:10 -0700 (PDT)
Return-Path: <tuckerdgmjason@gmail.com>
Received: from [172.26.0.120] ([49.51.178.21])
        by smtp.gmail.com with ESMTPSA id c6-
20020a62e806000000b006579b062d5dsm4215722pfi.21.2023.06.06.05.49.09
        for <georrbirla@gmail.com>
        (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256);
        Tue, 06 Jun 2023 05:49:10 -0700 (PDT)
Message-ID: <647f2b46.620a0220.740c1.7b43@mx.google.com>
Date: Tue, 06 Jun 2023 05:49:10 -0700 (PDT)
Content-Type: multipart/mixed; boundary="===============0461082803947031129=="
MIME-Version: 1.0
Subject: Attention georrbirla@gmail.com* SSA Intimation Alert (Case ID- SSA-
70854961).
From: Social Security Administration-USA-1095 <tuckerdgmjason@gmail.com>
To: georrbirla@gmail.com

--===============0461082803947031129==
Content-Type: text/plain; charset="us-ascii"
MIME-Version: 1.0
Content-Transfer-Encoding: 7bit

Good morning
georrbirla@gmail.com
At your earlier convenience kindly refer to a Suspension letter.
Case ID, SSA-70854961


Warm wishes
Social Security Administrator
United States of America
--===============0461082803947031129==
Content-Type: application/octet-stream; Name="Termination
MailAttention_..70854961.pdf"
MIME-Version: 1.0
Content-Transfer-Encoding: base64
Content-Decomposition: attachment; filename="Termination
MailAttention_..70854961.pdf"


--===============0461082803947031129==--



## Case No.: SSA-70854961

---

Alert! **georrbirla@gmail.com**:-

This is to notify you that your Social Security Number has been terminated due to suspicious activities found during our investigation. You should not use this number for any future transactions.

(To know the reason of termination in details) or (In case of any queries/help) or (If you believe this is in error), you can contact the respective authority on our toll-free number **+1(888) 560-0684**.

We apologize for any inconvenience that this may have caused you.

Regards,
Social Security Administrator,
United States of America.

Email reference id: [#70854961-736462675643542889046252523]
If you have any queries or need any help, please contact us on **+1(888) 560-0684**.
**Social Security Administration-USA,** 6401 Security Blvd. Baltimore, MD 21235



## Office of the Inspector General
### SOCIAL SECURITY ADMINISTRATION

# Press Release

FOR IMMEDIATE RELEASE                                           oig.ssa.gov
March 9, 2023                                    Media Inquiries: oig.dcom@ssa.gov

## U.S. Senate Passes Resolution
## in Support of Slam the Scam Day

The United States Senate passed by Unanimous Consent S.Res.101 designating March 9, 2023, National Slam the Scam Day.

U.S. Senator Susan Collins (R-ME) and Senator Mark Kelly (D-AZ) introduced the bipartisan resolution to raise awareness of government imposter scams. The resolution was cosponsored by U.S. Senate Special Committee on Aging Chairman Senator Bob Casey (D-PA), Ranking Member Senator Mike Braun (R-IN), and committee member Senator Raphael Warnock (D-GA).

According to the Federal Trade Commission (FTC), Social Security-related scams are the number one government imposter scam in the United States. In 2022, consumers reported losing more than $104.5 million to Social Security-related scams. Consumer awareness is the most effective method of deterring these crimes.

"The U.S. Senate resolution addresses the urgency for U.S. consumers to Slam the Scam. The Senate's support amplifies the message to every American to stay alert and hang up the phone or ignore the suspicious messages from these criminals so that we curtail this crime," said Gail S. Ennis, Inspector General for the Social Security Administration. "Senators Collins, Kelly, and colleagues' leadership on this critical issue will help protect citizens from these predators."

National Slam the Scam Day is led jointly by the Social Security Administration (SSA) and the SSA Office of the Inspector General (OIG) and is held annually as part of the Federal Trade Commission's National Consumer Protection Week.

On National Slam the Scam Day and throughout the year, SSA OIG partners with other government agencies, non-profit organizations, and the private sector to increase awareness of current scam tactics and tips for spotting scam behavior to prevent scammers from succeeding in their crimes.

Use #SlamTheScam to join the conversation on social media.

<p style="text-align:center">###</p>

*Members of the press may make inquiries to Social Security OIG at oig.dcom@ssa.gov or (410) 965-2671.*

Connect with us on social media: Facebook | Twitter | LinkedIn



# QUARTERLY SCAM UPDATE

## Issue 9



**OFFICE OF THE INSPECTOR GENERAL
SOCIAL SECURITY ADMINISTRATION**

April 1, 2023 – June 30, 2023

### Social Security-Related Scams

The Social Security Administration (SSA) and SSA Office of the Inspector General (OIG) continue to receive reports of scammers impersonating government employees or alleging a Social Security-related problem to steal money or personal information from victims.

Since October 2019, OIG has shared information on its efforts to combat Social Security-related scams with the U.S. House of Representatives Committee on Ways and Means, Subcommittee on Social Security; U.S. Senate Committee on Finance; and U.S. Senate Special Committee on Aging. OIG began publicly releasing the Quarterly Scam Update in the third quarter of Fiscal Year (FY) 2021 to provide information about these scams and its efforts to combat them.

This report shares information about Social Security-related and government imposter scam allegation trends in the third quarter (Q3) of FY 2023 (April 1 through June 30). Examples of SSA and OIG's recent efforts to disrupt and raise awareness of scams are also included.

**1**

**Figure 1**



OIG Received **13,038** scam allegations in Q3 FY 2022

**61.7% increase**

from Q3 FY 2022 to Q3 FY 2023

OIG Received **21,080** scam allegations in Q3 FY 2023



**Figure 2** — Imposter Scam Complaints Received by SSA OIG July 2021 to June 2023

SSA OIG receives the majority of Social Security-related scam allegations from OIG's dedicated online scam reporting form.¹  While the form states it is for those who "believe [they] have been a victim of a Social Security Administration Scam," the form also allows individuals to report whether the scam involved the impersonation of officials from federal, state, or local government agencies other than SSA.

**Figure 3**

# Q2 and Q3 FY 2023 Complaint Trends – Percentage of Total Imposter Allegations from the <u>Scam Reporting Form</u>¹

| Complaint Characteristics | Q2<br>1/1/23–3/31/23 | Q3<br>4/1/23–6/30/23 |
|---|---|---|
|  The imposter mentioned a problem with your Social Security number | **43.1%** | **45.0%** |
|  The imposter mentioned a problem with your Social Security benefits | **17.0%** | **15.5%** |
|  The imposter used documents or images (such as a federal logo) when communicating with you | **29.7%** | **30.7%** |
|  The scam involved the impersonation of officials from federal, state, or local govern-ment agencies other than the Social Security Administration | **35.8%** | **34.9%** |
|  The imposter mentioned a coronavirus or COVID-19 related issue, or referred to a coronavirus or COVID-19 stimulus check, stimu-lus payment, or economic impact payment | **2.4%** | **2.1%** |
| ⊘ None of the Above | **28.2%** | **27.2%** |

Note: The percentages were calculated based on the total number of allegations each quarter. The percentages do not add to 100 percent because individual allegations may include more than one complaint characteristic.

1. SSA OIG also receives allegations from other sources, including SSA OIG's Hotline and directly from SSA employees. SSA OIG has been tracking Social Security-related scam allegations since April 2018. SSA OIG launched the dedicated online reporting form in November 2019, which increased its ability to track scam reports.

In Q2 FY 2023, slightly more individuals under 50 years of age reported financial losses than those 50 years of age or older. Figure 4 (below) shows that in Q3 FY 2023, this trend continued: 816 individuals under 50 years of age reported losses, compared with 741 individuals 50 years of age and older.



**Figure 4**

## Number of Reported Payments to Imposters, by Reported Age

**4/1/2023 – 6/30/2023**

| Age | Number |
|---|---|
| 29 & under | 376 |
| 30 to 49 | 440 |
| 50 to 69 | 450 |
| 70 to 84 | 269 |
| 85 & over | 22 |

**1,557** Total Reported Payments to Imposters

In Q2 FY 2023, individuals 50 years of age and over reported higher average losses than those under 50 years of age. Additionally, during January 1 through March 31, 2023, the highest average losses were reported by individuals 85 years of age and over. Figure 5 (below) shows that in Q3 FY 2023, individuals 50 years of age and over continued to report higher average losses than those under 50 years of age. However, during April 1 through June 30, 2023, the highest average losses were reported by individuals 70 to 84 years of age.

**Figure 5**

## Average Dollar Value Reported Payments to Imposters, by Reported Age

**4/1/2023 – 6/30/2023**



$3,809 — 29 & under
$6,691 — 30 to 49
$9,263 — 50 to 69
$14,459 — 70 to 84
$10,289 — 85 & over



**Figure 6**

**Long-term SSA-related Imposter Scam Allegations April 2018 to June 2023**

According to the FTC, government imposter scam complaints have declined since 2021; however, Social Security-related scams underline the top government imposter type reported to the FTC.[2] Therefore, while the decline is promising, OIG and SSA continue to fight these scams.

**In Q3 FY 2023, SSA mailed 33.3 million letters to the public with a scam message printed on the back of envelopes (right). Through June 30, 2023, the Agency had mailed approximately 841.3 million of these letters to date.**







**SSA's latest Scam Awareness Public Service Announcement (left), which started airing in late October 2021, generated 82.3 million impressions in Q3 FY 2023.**

2. This information is based on data reported to the FTC as of July 25, 2023.

## Q3 FY 2023 Additional Internal and External Education Efforts

SSA and SSA OIG engaged in additional outreach and education efforts with members of the public, government and non-government organizations, and SSA employees to raise awareness of scams targeting American residents. Some examples of these efforts during Q3 FY 2023 included the activities below.



SSA participated in World Elder Abuse Awareness Day, on June 15, by raising awareness of scams and elder financial exploitation using a range of activities including employee broadcasts, internal training, and blogs on how to identify and stop elder abuse.

In May 2023, SSA presented on a Consumer Fraud Panel on best practices related to fraud and scam training for the public and employees at the Federal Information Systems Security Educators Association (FISSEA) Conference. SSA OIG also presented at the FISSEA Conference on Social Security-related scams and efforts to combat them.





SSA and SSA OIG presented at the AmeriCorps Seniors 2023 Conference on best practices to fight scams and elder financial exploitation.

SSA OIG's Major Case Unit was interviewed on InvestigativeTV on Cost-of-Living-Adjustment and SSA imposter scams.





SSA OIG's Office of Investigations participated in an elder fraud webinar sponsored by the Consumer Financial Protection Bureau, which covered scams directed against senior citizens.

SSA OIG's Chief Counsel presented at the International Telecoms Week Conference in May 2023, discussing Section 1140 of the Social Security Act and SSA OIG's collaboration with the private sector to prevent Social-security related fraud.



## Q3 FY 2023 SSA OIG Social Media Related to Scams

In addition to SSA's ongoing web and social media efforts, SSA OIG continued raising awareness of scams using its Facebook, Twitter, and LinkedIn accounts. In April 2023, media outlets ran stories based on SSA OIG's outreach efforts.



**Falsa Carta de Seguro Social**



**Record Increase in Social Security Benefits Leads to Surge in Scams**

**Initiatives to Combat Social Security-related Scams**

## Q3 FY 2023 Website Page Views and Social Media Impressions

An SSA and SSA OIG joint scam page redesign resulted in a 169% increase in visits to the scam page. Scam awareness emails, search engine marketing, and SSA's scam banner have driven 1.74 million additional visits to the scam page. Since the redesign, there have been 91,019 clicks on the Report a Scam button and 85,801 clicks on the Report a Social Security-related Scam button.

**Clicks Received**

**245k**

Number of clicks on SSA.gov **scam banner**

**Page Views**

**29k**

Number of page views to SSA's **scam FAQ** webpage

**Social Impressions**

**14.5m**

Number of impressions from SSA's paid social media campaign (Facebook/Instagram ads) promoting scam awareness.

**Page Views**

**55.4k**

Number of page views to **SSA's Spanish language scam awareness page**

**Page Views**

**848k**

Number of page views to **SSA's English language scam awareness page**

## Consumer Protection: Telecom Gateway Providers

Section 1140 of the *Social Security Act*, as amended, protects the public from advertisements, solicitations, and other communications that convey the false impression that SSA approved, endorsed, or authorized the communication. SSA OIG continued efforts to protect consumers from Social Security-related scam calls by seeking corrective action against U.S. telecommunications companies, acting as gateway carriers, who profit by accepting Social Security-related scam calls into the U.S. telecommunications system, and passing them to unsuspecting consumers. During Q3 FY 2023, SSA OIG resolved matters with 4 gateway carrier telecommunications companies, including imposing $47,000 in penalties. As a result of SSA OIG's Section 1140 and other efforts, the telecommunications industry is on notice of the potential legal ramifications for transiting Social Security-related calls. Telecommunications companies are taking more proactive steps to prohibit scam calls from entering the U.S. or are discontinuing the gateway carrier segment of their operations or operations entirely. In addition, SSA OIG initiated 8 take down requests for misleading Social Security-related social media accounts during Q3 FY 2023. SSA OIG continues to stay vigilant regarding Social Security-related imposter social media accounts, recognizing the public's vulnerability to harm from social media scams and these scams' interference with the Agency's ability to effectively communicate via its robust social media program.

## Indian National Pleads Guilty to Money Laundering Conspiracy Based in Colorado

In April 2023, a 40-year-old former resident of Wray, Colorado pleaded guilty to conspiring to commit money laundering. In January 2020, he began his involvement in a Social Security-related government imposter scam where victims were contacted by individuals impersonating government officials from various federal agencies, including SSA. The imposters threatened victims with arrest or deportation unless they paid and that their payments would be held in trust. Typically, the imposters told victims to immediately withdraw cash from their bank accounts and remain on the phone during the entire bank transaction. The imposters told the victims to mail packages of cash via FedEx locations, typically inside Walgreens stores, or United Parcel Service stores. It was also found that two other runners were co-conspirators in the scheme. The Indian National coordinated the receipt and pickup of packages and operated in a management role overseeing his co-conspirators. This investigation was conducted jointly with investigators from SSA OIG, United States Postal Inspection Service (USPIS), Department of Homeland Security-OIG, Homeland Security Investigations (HSI), and the Sterling, Colorado Police Department. You can read more about the case here.

## Individual Pleaded Guilty to Key Role in Indian Call Center Scam

In May, 2023 a 28-year-old Indian citizen entered a guilty plea in a years-long international conspiracy to commit mail and wire fraud. Between 2017 and 2020, an individual who was illegally residing in Heber Springs, Arkansas, assisted Indian call centers in a telemarketing scheme that extorted millions of dollars from hundreds of victims in the U.S. He first acted as a runner in the scheme, going to different Target stores in the Chicago, Illinois area and depleting funds from gift cards that victims had transferred to the call centers. In later years, he managed other runners as they traveled around the country, picking up packages filled with cash that call center victims had mailed. One common script used in the scheme involved coercing victims into believing federal agents, from SSA and other agencies, were investigating them. The fake agent on the phone would convince the victim the only way to clear their name from investigation was to buy gift cards and transfer the redemption codes to the call center or mail cash in a package to a name and address the call center provided. Runners in the U.S. would then deplete the gift card funds and pick up the packages. As part of the plea agreement, the individual will pay restitution to the scheme's identified victims. SSA OIG, Treasury Inspector General for Tax Administration, USPIS and HSI conducted the investigation with the assistance of the Federal Bureau of Investigation and Heber Springs, Arkansas Police Department.
You can read more about the case here.



**OIG.SSA.GOV**